### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | Case No. 1:08-CR-19-HL |
| | : | |
| **FRANKLIN JAMES SPRING** | : | |
| _____ | : | |

### ORDER

The government has filed a motion to continue this case to the next regularly scheduled trial term. The government states that additional time is needed by the parties to review discovery, to prepare pretrial motions, and to prepare for trial. The defendant's counsel consents to the continuance.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter until reached on the next regularly scheduled trial calendar, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C.§ 3161(c)(1) be extended to the completion of that trial term.

It is the Court's finding that, pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial for the reason that failure to grant such continuance could result in a miscarriage of justice [18 U.S.C. § 3161(h)(8)(B)(I)]; and the failure to grant such continuance would deny counsel for the defendant and government reasonable time necessary for effective preparation for trial taking into account the exercise of due diligence [18 U.S.C. § 3161(h)(8)(B)(iv)].

SO ORDERED this 27th day of October, 2008.

                              *s/ Hugh Lawson*
                              HUGH LAWSON
                              UNITED STATES DISTRICT COURT

Presented by:


s/JASON M. FERGUSON
ASSISTANT UNITED STATES ATTORNEY


Consented to by:


s/C. BRIAN JARRARD
FEDERAL PUBLIC DEFENDER
ATTORNEY FOR DEFENDANT